1  KAREN A. CONNOLLY
   **KAREN A. CONNOLLY, LTD.**
2  Nevada Bar No. 4240
   6600 W. Charleston Blvd., Ste. 124
3  Las Vegas, NV  89146
   Telephone:  (702) 678-6700
4  Facsimile:   (702) 678-6767
   E-Mail:      advocate@kconnollylawyers.com
5  *Attorney for Defendant, Marla Mariscal-Sanabia*

6

## UNITED STATES DISTRICT COURT

7

## DISTRICT OF NEVADA

8

9  UNITED STATES OF AMERICA,

10            Plaintiff,

11  vs.

12  ESPERANZA SANABIA-ARAUJO,
    MARLA MARISCAL-SANABIA,
13  ARMANDO MARISCAL, and
    FERNANDO BUENO,
14
              Defendants.

CASE NO.: 2:19-cr-00251-GMN-NJK

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

15      COMES NOW, MARLA MARISCAL-SANABIA, by and through her counsel,

16  Karen A. Connolly, and the United States through Susan Cushman, Assistant United

17  States Attorney and files this Unopposed Motion to Modify Conditions of Pretrial

18  Release.  This request is based upon the Points and Authorities attached hereto.

19      Dated this 3rd day of April, 2020..

20
                              KAREN A. CONNOLLY, LTD
21
                               /s/ Karen A. Connolly
22                            KAREN A. CONNOLLY
                              Nevada Bar No. 4240
23                            6600 W. Charleston Blvd., Ste. 124
                              Las Vegas, NV  89146
24                            Telephone:  (702) 678-6700
                              Facsimile:   (702) 678-6767
25                            *Attorney for Defendant, Marla Mariscal-Sanabia*

26

27

28

Motion for release.wpd

1

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700  Facsimile: (702) 678-6767

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700   Facsimile: (702) 678-6767

## Points and Authorities

1.      On October 3, 2019, this court released Mrs. Mariscal-Sanabia on a personal recognizance bond with conditions.[1]  One of the conditions required that Mrs. Sanabia submit to location monitoring with GPS and curfew.[2]

2.      Mrs. Mariscal-Sanabia requests that the location monitoring condition (and its sub-conditions) be removed. She has been subject to location monitoring for approximately six months. She has been fully compliant with that condition as well as all her other conditions.

3.      Undersigned counsel has been in contact with Mrs. Mariscal-Sanabia's pretrial officer, Samira Barlow. Mrs. Barlow has confirmed Mrs. Mariscal-Sanabia's compliance and has no opposition.

4.      Ms. Barlow represented to undersigned counsel that the government also had no objection.

        Dated this 3rd day of April, 2020

                                Respectfully Submitted,

                                Karen A. Connolly, Ltd.

                        By:     /s/ Karen A. Connolly
                                Karen A. Connolly
                                Attorney for Marla Mariscal-Sanabia

---

[1]ECF 25

[2]Id., (conditions 50A, 51D, 52, and 53.)

Motion for release.wpd

KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
Nevada Bar No. 4240
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone: (702) 678-6700
Facsimile: (702) 678-6767
E-Mail: advocate@kconnollylawyers.com
*Attorney for Defendant, Marla Mariscal-Sanabia*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ESPERANZA SANABIA-ARAUJO,<br>MARLA MARISCAL-SANABIA,<br>ARMANDO MARISCAL, and<br>FERNANDO BUENO,<br><br>Defendants. | CASE NO.: 2:19-cr-00251-GMN-NJK<br><br>**PROPOSED ORDER** |

IT IS ORDERED that Mrs. Mariscal-Sanabia's pretrial release conditions shall be modified to remove her location monitoring conditions (50A, 51D, 52, and 53).

DATED this ___13th___ day of April 2020.

UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that he is an employee of Karen A. Connolly, Ltd., and is a person of such age and discretion as to be competent to serve papers. That on April 3, 2020, he served an electronic copy of the above and foregoing Unopposed Motion to Modify Conditions of Pretrial Release by electronic service (ECF) to the person named below:

NICHOLAS A. TRUTANICH
United States Attorney
SUSAN CUSHMAN
Assistant United States Attorney
501 S. Las Vegas Blvd.
Ste. 1100
Las Vegas, NV 89101

/s/ Eric Siegler
Employee of Karen A. Connolly, Ltd.