1
2
3
4
5
6                        **UNITED STATES DISTRICT COURT**
7                             **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,            2:19-CR-251-GMN-NJK
9                Plaintiff,             **Preliminary Order of Forfeiture**
10        v.
11  MARLA MARISCAL-SANABIA,
12                Defendant.

13        This Court finds Fernando Bueno pled guilty to Count 1 of a 16-Count First

14  Superseding Criminal Indictment charging him with conspiracy to distribute a controlled

15  substance in violation of 21 U.S.C. §§ 841(a)(1) and 846. First Superseding Criminal

16  Indictment, ECF No. 35; Plea Agreement, ECF No. 96; Change of Plea, ECF No. 92.

17        This Court finds Fernando Bueno agreed to the forfeiture of the property set forth in

18  the Plea Agreement and the Forfeiture Allegations of the First Superseding Criminal

19  Indictment. First Superseding Criminal Indictment, ECF No. 35; Plea Agreement, ECF No.

20  96 Change of Plea, ECF No. 92.

21        This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States

22  of America has shown the requisite nexus between property set forth in the Plea Agreement

23  and the Forfeiture Allegations of the First Superseding Criminal Indictment and the offense

24  to which Fernando Bueno pled guilty.

25        The following property is (1) any property, real or personal, which constitutes or is

26  derived from proceeds traceable to a violation of 21 U.S.C. § 841(a)(1), a specified unlawful

27  activity as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(D), or 21 U.S.C. § 846,

28  conspiracy to commit such offense; (2) any property constituting, or derived from, any

1   proceeds obtained, directly or indirectly, as the result of violations of 21 U.S.C. §§ 841(a)(1)

2   and 846; (3) any property used, or intended to be used, in any manner or part, to commit, or

3   to facilitate the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846; (4) all moneys,

4   negotiable instruments, securities, or other things of value furnished or intended to be

5   furnished in exchange for a controlled substance or listed chemical in violation of 21 U.S.C.

6   §§ 841(a)(1) and 846, all proceeds traceable to such an exchange, and all moneys, negotiable

7   instruments, and securities used or intended to be used to facilitate any violation of 21

8   U.S.C. §§ 841(a)(1) and 846; (5) any firearm or ammunition involved in or used in any

9   knowing violation of any other criminal law of the United States, 21 U.S.C. §§ 841(a)(1) and

10   846; and (6) any firearm used or intended to be used to facilitate the transportation, sale,

11   receipt, possession, or concealment of property in violations of 21 U.S.C. §§ 841(a)(1) and

12   846, and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. §

13   2461(c); 21 U.S.C. § 853(a)(1), 853(a)(2), and 853(p); 21 U.S.C. § 881(a)(6) with 28 U.S.C. §

14   2461(c); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 881(a)(11) with 28

15   U.S.C. § 2461(c):

16           1.   $54,780;

17           2.   $50,000;

18           3.   $7,460;

19           4.   a Glock 26, 9 mm, s/n BGXH541; and

20           5.   any and all ammunition

21   (all of which constitutes property).

22          This Court finds that the United States of America may amend this order at any time

23   to add subsequently located property or substitute property to the forfeiture order pursuant

24   to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

25          This Court finds the United States of America is now entitled to, and should, reduce

26   the aforementioned property to the possession of the United States of America.

27          NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND

28   DECREED that the United States of America should seize the aforementioned property.

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory

2  rights, ownership rights, and all rights, titles, and interests of Fernando Bueno in the

3  aforementioned property are forfeited and are vested in the United States of America and

4  shall be safely held by the United States of America until further order of the Court.

5    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States

6  of America shall publish for at least thirty (30) consecutive days on the official internet

7  government forfeiture website, www.forfeiture.gov, notice of this Order, which shall

8  describe the forfeited property, state the time under the applicable statute when a petition

9  contesting the forfeiture must be filed, and state the name and contact information for the

10  government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6)

11  and 21 U.S.C. § 853(n)(2).

12    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual

13  or entity who claims an interest in the aforementioned property must file a petition for a

14  hearing to adjudicate the validity of the petitioner's alleged interest in the property, which

15  petition shall be signed by the petitioner under penalty of perjury pursuant to 21 U.S.C. §

16  853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's

17  right, title, or interest in the forfeited property and any additional facts supporting the

18  petitioner's petition and the relief sought.

19    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,

20  must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas,

21  Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was

22  not sent, no later than sixty (60) days after the first day of the publication on the official

23  internet government forfeiture site, www.forfeiture.gov.

24    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the

25  petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States

26  Attorney's Office at the following address at the time of filing:

27  / / /

28  / / /

3

1  Daniel D. Hollingsworth
   Assistant United States Attorney
2  James A. Blum
   Assistant United States Attorney
3  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101.

4

5          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice

6  described herein need not be published in the event a Declaration of Forfeiture is issued by

7  the appropriate agency following publication of notice of seizure and intent to

8  administratively forfeit the above-described property.

9          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

10 copies of this Order to all counsel of record.

11         DATED _____, 2020.

12

13

14                                    HONORABLE GLORIA M. NAVARRO
                                      UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            4

1

## CERTIFICATE OF SERVICE

2    A copy of the foregoing was served upon counsel of record via Electronic Filing on

3  DATE, 2020.

4                                                      /s/ Heidi L. Skillin
                                                       HEIDI L. SKILLIN
5                                                      FSA Contractor Paralegal

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28