KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
Nevada Bar No. 4240
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV  89146
Telephone:  (702) 678-6700
Facsimile:   (702) 678-6767
E-Mail:      advocate@kconnollylawyers.com
*Attorney for Defendant, Marla Mariscal-Sanabia*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARLA MARISCAL-SANABIA,<br><br>Defendants. | CASE NO.: 2:19-cr-00251-GMN-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

IT IS STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Karen A. Connolly, counsel for Defendant Marla Mariscal-Sanabia that the sentencing hearing currently scheduled for August 4, 2021, be vacated and continued to September 15, 2021 at 9:00 AM.

The Stipulation is entered into for the following reasons:

1.	Counsel for the defendant has been out of the jurisdiction for 2 weeks and needs additional time to prepare for Ms. Mariscal-Sanabia's Sentencing.

3.	Defendant Mariscal-Sanabia is not in custody and has no objection to a continuance.

4.	The parties agree to the continuance.

/ / /

1  This is the third request to continue sentencing date filed herein.

2  Dated this 27th day of July, 2021.

| | |
|---|---|
| KAREN A. CONNOLLY, LTD | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ Karen A. Connolly<br>KAREN A. CONNOLLY<br>Counsel for Marla Mariscal-Sanabia | /s/ Susan Cushman<br>By: Susan Cushman<br>Assistant United States Attorney |

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700   Facsimile: (702) 678-6767

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARLA MARISCAL-SANABIA,<br><br>Defendants. | CASE NO.: 2:19-cr-00251-GMN-NJK<br><br>**ORDER** |

Upon the Stipulation of counsel, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing date presently scheduled for August 4, 2021 is hereby vacated and continued to September 15, 2021, at 9:00 AM.

IT IS SO ORDERED.

Dated this __27__ day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Cont Sentencing (3rd).wpd

3