```
                                        ___✓ FILED       _____ RECEIVED
                                        _____ ENTERED     _____ SERVED ON
                                               COUNSEL/PARTIES OF RECORD

                                              SEP 1 5 2021

                                           CLERK US DISTRICT COURT
                                           DISTRICT OF NEVADA
                                        BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-251-GMN-NJK |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| MARLA MARISCAL-SANABIA, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture and an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 461(c); 21 U.S.C. § 853(a)(1), 853(a)(2), and 853(p); 21 U.S.C. § 881(a)(6) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 881(a)(11) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Marla Mariscal-Sanabia to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the First Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Marla Mariscal-Sanabia pled guilty. First Superseding Criminal Indictment, ECF No. 35; Change of Plea, ECF No. 92; Plea Agreement, ECF No. 96; Preliminary Order of Forfeiture, ECF No. 100; Amended Preliminary Order of Forfeiture, ECF No. 118.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

1    This Court finds the United States published the notice of forfeiture in accordance

2 with the law via the official government internet forfeiture site, www.forfeiture.gov,

3 consecutively from August 11, 2020, through September 9, 2020, notifying all potential third

4 parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits,

5 ECF No. 101-1, p. 5-7.

6    This Court finds the United States notified known third parties by personal service or

7 by regular mail and certified mail return receipt requested of their right to petition the Court.

8 Notice of Filing Service of Process – Mailing, ECF No. 102; Notice of Filing Service of

9 Process – Personal Service, ECF No. 103.

10    On August 21, 2020, the United States Attorney's Office served Enrique Suarez by

11 regular and certified return receipt mail with the Preliminary Order of Forfeiture and the

12 Notice. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 102-1 p. 3, 6-8, 10-

13 29, 31-35.

14    On August 21, 2020, the United States Attorney's Office served Gabriel Gonzalez by

15 regular and certified return receipt mail with the Preliminary Order of Forfeiture and the

16 Notice. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 102-1, p. 3, 6-8, 10-

17 29, 36-38.

18    On August 21, 2020, the United States Attorney's Office served Ramiro Ordaz-

19 Nunez, aka Ramiro Ordaz, aka Ramiro Ordannunez, by regular and certified return receipt

20 mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of

21 Process – Mailing Exhibits, ECF No. 102-1, p. 3, 6-8, 10-29, 39-43.

22    On August 21, 2020, the United States Attorney's Office served Gustavo Pulido-

23 Cano by regular and certified return receipt mail with the Preliminary Order of Forfeiture

24 and the Notice. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 102-1, p. 3,

25 6-8, 10-29, 44-46.

26    On August 21, 2020, the United States Attorney's Office attempted to serve Javier

27 Sarabia by regular and certified return receipt mail with the Preliminary Order of Forfeiture

28 and the Notice. The mail was returned as not deliverable as addressed and unable to

1   forward. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 102-1, p. 3, 6-8,
2   10-29, 47-51.

3         On August 21, 2020, the United States Attorney's Office served Javier Sarabia by
4   regular and certified return receipt mail with the Preliminary Order of Forfeiture and the
5   Notice. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 102-1, p. 4, 6-8, 10-
6   29, 52-56.

7         On September 11, 2020, the United States Marshals Service personally served
8   Yahaira Mariscal-Sanabia with copies of the Preliminary Order of Forfeiture and the
9   Notice. Notice of Filing Service of Process – Personal Service, ECF No. 103.

10        This Court finds no petition was filed herein by or on behalf of any person or entity
11   and the time for filing such petitions and claims has expired.

12        This Court finds no petitions are pending regarding the property named herein and
13   the time has expired for presenting such petitions.

14        THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
15   all possessory rights, ownership rights, and all rights, titles, and interests in the property
16   hereinafter described are condemned, forfeited, and vested in the United States pursuant to
17   Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. §
18   981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(1), 853(a)(2), and 853(p); 21
19   U.S.C. § 881(a)(6) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c);
20   21 U.S.C. § 881(a)(11) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be
21   disposed of according to law:

22        1.    $54,780;

23        2.    $50,000;

24        3.    $7,460;

25        4.    a Glock 26, 9 mm, s/n BGXH541; and

26        5.    any and all ammunition

27   (all of which constitutes property).

28   / / /

                                    3

1       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all

2 forfeited funds, including but not limited to, currency, currency equivalents, certificates of

3 deposit, as well as any income derived as a result of the government's management of any

4 property forfeited herein, and the proceeds from the sale of any forfeited property shall be

5 disposed of according to law.

6       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

7 copies of this Order to all counsel of record.

8      DATED _____Sept 15_____, 2021.

9

10

11                GLORIA M. NAVARRO

12                UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28